IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMONNIE ANDREWS,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3811

Opinion filed January 7, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Jamonnie Andrews, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

We deny the petition for writ of mandamus because the circuit court has recently granted petitioner leave to amend his pending motion for post-conviction relief. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002). However, we encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below. Wilson v. State, 775 So. 2d 1003 (Fla. 1st DCA 2001).

BENTON, CLARK, and SWANSON, JJ., CONCUR.